UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN YAN LUIS, ON BEHALF OF
HIMSELF AND ALL OTHERS SIMILARLY
SITUATED,

                  Plaintiff,

   - against -

GOORIN BROS., INC.,

                  Defendant.

22-cv-3134 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 11, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
           July 5, 2022

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                         United States District Judge