**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
KEVIN YAN LUIS, on behalf of himself               Case No. 1:22-CV-03134-JGK
and all others similarly situated,
                          Plaintiffs,

                                                      **NOTICE OF VOLUNTARY**
                                                      **DISMISSAL**
                 -against-                                  **WITH PREJUDICE**

GOORIN BROS., Inc.
                          Defendant.
------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
          August 24, 2022

                                                            Respectfully Submitted,

                                                             **/s/ Noor A. Saab**
                                                              By: Noor A. Saab Esq.
                                                              380 North Broadway, Ste 300
                                                              Jericho, New York 11753
                                                              Tel: 718-740-5060
                                                              Fax: 718-709-5912
                                                              *Attorney for Plaintiff*